# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill, Acting Clerk of Court,
Clerk of Court

March 11, 2014

Clerk, U.S. District Court
District of United States District Court of Minnesota
316 North Robert Street, 100 Federal Building
St. Paul, MN 55101

Re: Dena Burge v. Pinnacle Financial Group, Inc., Case No. 3:13–cv–01917–MMA–WVG

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

John Morrill, Acting Clerk of Court,
Clerk of the Court

By: s/ V. Mosqueda, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: